TOMIO B. NARITA (SBN 156576)
ROBIN M. BOWEN (SBN 230309)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:  (415) 352-2625
tnarita@snllp.com
rbowen@snllp.com

Attorneys for defendant
Butler, Robbins & White

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA MA,<br><br>Plaintiff,<br><br>vs.<br><br>FINANCIAL CREDIT CLEARING HOUSE – 1956 INCORPORATED, Inc., dba Butler, Robbins & White,<br><br>Defendant. | CASE NO.: CV 08 2131<br><br>**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following
2  listed persons, associations of persons, firms, partnerships, corporations (including
3  parent corporations) or other entities (i) have a financial interest in the subject
4  matter in controversy or in a party to the proceeding, or (ii) have a non-financial
5  interest in that subject matter or in a party that could be substantially affected by
6  the outcome of this proceeding:

    1.    Financial Credit Clearing House–1956 Incorporated doing business as Butler, Robbins & White, a Florida corporation.

DATED: April 23, 2008

SIMMONDS & NARITA LLP
TOMIO B. NARITA
ROBIN M. BOWEN

By: _____
Robin M. Bowen
Attorneys for defendant
Butler, Robbins & White