1  TOMIO B. NARITA (SBN 156576)
   ROBIN M. BOWEN (SBN 230309)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:  (415) 352-2625
   tnarita@snllp.com
5  rbowen@snllp.com

6  Attorneys for defendant
   Butler, Robbins & White
7

8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10

11

12 SANDRA MA,                           ) CASE NO.: CV08 2131
13            Plaintiff,                )
                                        ) NOTICE OF PENDENCY OF
14                                      ) OTHER ACTION OR
       vs.                              ) PROCEEDING
15                                      )
                                        )
16 FINANCIAL CREDIT CLEARING            )
   HOUSE – 1956 INCORPORATED,           )
17 Inc., dba Butler, Robbins & White,   )
                                        )
18            Defendant.                )
19                                      )

20

21

22

23

24

25

26

27

28

MA V. FINANCIAL CREDIT CLEARING HOUSE-1956 INC.
NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2     Pursuant to Local Rule 3-13, defendant Financial Credit Clearing

3  House–1956, Incorporated, dba Butler, Robbins & White hereby states that it is

4  aware of no previously-filed or currently-pending action related to this action,

5  within the meaning of Local Rule 3-13(a-d).

7  DATED: April 23, 2008          SIMMONDS & NARITA LLP
                                   TOMIO B. NARITA
8                                  ROBIN M. BOWEN

10                          By:  _____
                                   Robin M. Bowen
11                                 Attorneys for defendant
                                   Butler, Robbins & White

---

MA V. FINANCIAL CREDIT CLEARING HOUSE-1956 INC.
NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING                    1.