1  TOMIO B. NARITA (SBN 156576)
   ROBIN M. BOWEN (SBN 230309)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:  (415) 352-2625
   tnarita@snllp.com
5  rbowen@snllp.com

6  Attorneys for defendant
   Butler, Robbins & White
7

8
                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12 SANDRA MA,                          )  CASE NO.: C 08-02131 MHP
                                       )
13         Plaintiff,                  )
                                       )  **PROOF OF SERVICE**
14                                     )
       vs.                             )
15                                     )
                                       )
16 FINANCIAL CREDIT CLEARING           )
   HOUSE – 1956 INCORPORATED,          )
17 Inc., dba Butler, Robbins & White,  )
                                       )
18         Defendant.                  )
                                       )
19 _____ )

20

21

22

23

24

25

26

27

28
_____
MA V. FINANCIAL CREDIT CLEARING HOUSE-1956 INC. (CASE NO. C 08-02131 MHP)
PROOF OF SERVICE

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816.

I am readily familiar with the business practices of my employer, Simmonds & Narita LLP, for the collection and processing of correspondence by mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On this date, I served a copy of the following document:

1) NOTICE OF REMOVAL

2) DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

3) NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

4) CIVIL COVER SHEET

5) NOTICE TO ADVERSE PARTY OF REMOVAL

6) CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF NOTICE OF REMOVAL

7) NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION

8) TEMPLATES: CONSENT/DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

9) WELCOME TO THE UNITED STATES DISTRICT COURT, SAN FRANCISCO

10) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES WITH ATTACHED ORDER SETTING CONFERENCE AND TEMPLATE OF JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER

11) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

12)    **UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT**

13)    **ADR DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA**

14)    **CHIEF JUDGE MARILYN HALL PATEL STANDING ORDERS**

     by causing such document to be placed in a sealed envelope for collection and delivery by the United States Postal Service to the addressees indicated below:

**VIA U.S. MAIL**

Scott Maurer
Santino Prado
Katherine & George Alexander Community Law Center
1030 The Alameda
San Jose, CA 95126
Counsel for Plaintiff

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on this 25th day of April, 2008.

                                                          Stephanie Schmitt

---

MA V. FINANCIAL CREDIT CLEARING HOUSE-1956 INC. (CASE NO. C 08-02131 MHP)
PROOF OF SERVICE                                                                    3.