MICHAEL R. SIMMONDS (SBN 96238)
TOMIO B. NARITA (SBN 156576)
ROBIN M. BOWEN (SBN 230309)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
msimmonds@snllp.com
tnarita@snllp.com
rbowen@snllp.com

Attorneys for Defendant
Financial Credit Clearing
House – 1956 Incorporated,
Inc., dba Butler, Robbins & White

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA MA,<br><br>Plaintiff,<br><br>vs.<br><br>FINANCIAL CREDIT CLEARING HOUSE – 1956 INCORPORATED, Inc., dba Butler, Robbins & White,<br><br>Defendant. | CASE NO.: 3:08-cv-02131 MHP<br><br>**NOTICE OF APPEARANCE OF MICHAEL R. SIMMONDS AS COUNSEL FOR DEFENDANT** |

1    TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that Michael R. Simmonds, Esq. of the law firm

3    Simmonds & Narita LLP, hereby notes his appearance as additional counsel for

4    defendant Financial Credit Clearing House – 1956 Incorporated, Inc., dba Butler,

5    Robbins & White in this matter.

6

7    DATED: June 23, 2008                SIMMONDS & NARITA LLP
                                          MICHAEL R. SIMMONDS
8                                         TOMIO B. NARITA
                                          ROBIN M. BOWEN
9

10

11                                   By:   s/Michael R. Simmonds
12                                         Michael R. Simmonds
                                           Attorneys for Defendant
13                                         Financial Credit Clearing House –
                                           1956 Incorporated, Inc., dba Butler,
14                                         Robbins & White

15

16

17

18

19

20

21

22

23

24

25

26

27

28