1  Scott Maurer (CSB #180830)
   Reema Diwan(CLS #21052)
2  Alexander Community Law Center
3  1030 The Alameda
   San Jose, CA 95126
4  Phone: 408-288-7030
   Fax: 408-288-3581
5

6  Attorneys for Plaintiff Sandra Ma

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                      (San Francisco Division)

10

11  SANDRA MA,                          | Case No. C 08-02131 MHP

12          Plaintiff,                   | CERTIFICATION OF INTERESTED
                                          | ENTITIES OR PERSONS
13          v.

14  FINANCIAL CREDIT CLEARING HOUSE     | [Civil Local Rule 3-16]
    – 1956 INCORPORATED, Inc., dba Butler,
15  Robbins, and White

16          Defendant.

17

18

19          Pursuant to Civil Local Rules 3-16, the undersigned certifies that the Plaintiff

20  is unaware of any other entity who has either (i) a financial interest in the subject matter in

21  controversy or in a party to the proceeding, or (ii) a non-financial interest in that subject

22  matter or in a party that could be substantially affected by the outcome of this proceeding.

23

24  Dated July 18, 2008              By: /s/ _____
                                          Scott Maurer, Attorney
25                                        For plaintiff Sandra Ma

26

27

28

                        CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
                                         No. CV-08-2131
                                              1