UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANDRA MA,                                              No. C 08-02131 MHP

        Plaintiff(s),                               **CLERK'S NOTICE**
                                                            **(Rescheduling Case Management Conference)**
  v.

FINANCIAL CREDIT CLEARING HOUSE et al,

        Defendant(s).
                                                 /

    Due to the unavailability of court, the case management conference in this matter currently set for July 28, 2008, is hereby rescheduled to **August 6, 2008, at 10:00 a.m.**, before the Honorable Marilyn Hall Patel, Courtroom 15, 450 Golden Gate Avenue, 18th Floor, San Francisco, California.

                                                              Richard W. Wieking
                                                              Clerk, U.S. District Court

Dated: July 23, 2008                                     Anthony Bowser, Deputy Clerk to the
                                                              Honorable Marilyn Hall Patel
                                                                 (415) 522-3140