# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Ma,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>Financial Credit Clearing House - 1956 Incorporate,<br><br>　　　　　Defendant(s). | 08-02131 MHP MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　　The court notifies the parties and counsel that the Mediator assigned to this case is:

**Mark H. Penskar**
Pacific Gas and Electric Company
77 Beale Street B30A
San Francisco, CA 94105
415-972-5672
mhp5@pge.com

　　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.  The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-02131 MHP MED　　　　　　　　　- 1 -

1    Counsel are reminded that the written mediation statements required by the ADR
2 L.R. 6-7 shall NOT be filed with the court.

4 Dated: August 6, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand



ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
08-02131 MHP MED                                  - 2 -