## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL PRETRIAL MINUTES

Date: <u>August 6, 2008</u>     [10:06am - 10:15am]

Case No.  <u>C08-2131 MHP</u>          Judge: <u>MARILYN H. PATEL</u>

Title: <u>Sandra Ma</u>     -v-     <u>Financial Credit Clearing House, et al.</u>

Attorneys: Plf:     Scott Mauer
                 Dft:     Michael Simmonds

Deputy Clerk: <u>Monica Narcisse for Anthony Bowser</u>     Court Reporter: <u>Belle Ball</u>

### PROCEEDINGS

1)  <u>Case Management Conference</u>

2)  

3)  

### ORDERED AFTER HEARING:

• Court adopts the proposed scheduling order with modified dates.

Last Day to Join Parties & Amend Pleadings:     **10/1/2008**
Disclosure of all Witnesses to be called in Case-in-Chief:     **12/15/2008**
Discovery Cut-Off:     **1/15/2009**
Initial Expert Designation/Report:     **1/31/2009**
Rebuttal Expert Designation/Reports:     **2/27/2009**
Expert Discovery Cut-Off:     **3/31/2009**
Last Day to File Dispositive Motions:     **3/18/2009**
Dispositive Motion shall be heard by:     **6/1/2009**

Pre-Trial Conference Date:     **July 8, 2009** at 2:30 p.m.
Trial Date:     **July 14, 2009** 8:30 a.m.     Set for **2-4** days
            Type of Trial:   ( )Jury     (X)Court

cc:          Tony Bowser