Scott Maurer (CSB# 180830)
Paul Camarillo (CLS# 21735)
ALEXANDER COMMUNITY LAW CENTER
1030 The Alameda
San Jose, CA 95126
Phone: (408) 288-7030
Fax: (408) 288-3581

Attorneys for Plaintiff Sandra Ma

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| SANDRA MA,<br><br>        Plaintiff,<br><br>    vs.<br><br>FINANCIAL CREDIT CLEARING HOUSE—1956 INCORPORATED, Inc., dba Butler, Robbins, and White<br><br>        Defendants. | Case No. C 08-02131 MHP<br><br>**STIPULATION AND ORDER EXTENDING FACT DISCOVERY CUT-OFF DATE**<br><br>Trial Date: July 14, 2009<br>Judge:  The Honorable Marilyn Hall Patel |

1  WHEREAS the parties to this action have entered into a conditional settlement of this action
2  and are hopeful that the conditions will be satisfied in the near future; and
3  WHEREAS the parties have agreed to suspend discovery approximately 50 days as part of
4  that conditional settlement;
5  IT IS HEREBY STIPULATED AND AGREED that the Fact Discovery Cut-off date, now
6  set for January 15, 2009, be extended to March 6, 2009.

Dated: October 30, 2008                                       /S/
                                                          Scott Maurer
                                                          Attorney for Plaintiff

                                                          SIMMONDS & NARITA LLP

Dated: October 30, 3008                                       /S/
                                                          Michael R. Simmonds
                                                          Attorney for Defendant

IT IS SO ORDERED.

Dated: 11/14/2008

IT IS SO ORDERED
Judge Marilyn H. Patel
United States District Court
Northern District of California

STIPULATION & ORDER EXTENDING FACT DISCOVERY CUT-OFF DATE- 2