1  ALEXANDER COMMUNITY LAW CENTER
2  Scott Maurer (CSB# 180830)
   1030 The Alameda
3  San Jose, CA 95126
   Phone: (408) 288-7030
4  Fax: (408) 288-3851
5
   Attorneys for Plaintiff Sandra Ma
6
7                  UNITED STATES DISTRICT COURT
8                 NORTHERN DISTRICT OF CALIFORNIA
9                       (San Francisco Division)
10
11 SANDRA MA,                              )  Case No. C 08-02131 MHP
                                           )
12       Plaintiff,                        )
   vs.                                     )  **STIPULATION OF DISMISSAL**
13                                         )
14 FINANCIAL CREDIT CLEARING HOUSE–1956    )
   INCORPORATED, Inc., dba Butler, Robbins, and )
15 White                                   )
                                           )
16       Defendants.                       )
17 _____ )
18
19 //
20
21
22
23
24
25
26
27
28

STIPULATION OF DISMISSAL                          CASE NO. C 08-02131 MHP

1
2  IT IS HEREBY STIPULATED by and between the parties to this action through their designated
3  counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to
4  FRCivP 41(a)(1)(A)(ii).  Further, each party shall be responsible for bearing their own costs and
5  fees.
6
7
8                                                            KATHARINE & GEORGE ALEXANDER
9                                                            COMMUNITY LAW CENTER
10
11 Dated: January 8, 2009                    Scott Maurer /s/
                                              Scott Maurer,
12                                            Attorney for Plaintiff Sandra Ma
13
14                                            SIMMONDS & NARITA, LLP
15 Dated: January 8, 2009                      s/Michael R. Simmonds
                                              Michael R. Simmonds,
16                                            Attorney for Defendant FINANCIAL CREDIT
                                              CLEARING HOUSE–1956 INCORPORATED,
17                                            Inc., dba Butler, Robbins, and White
18
19
20
21
22 
23
24
25
26
27
28